No. 04–1034. RAPANOS ET AL. v. UNITED STATES; and

No. 04–1384. CARABELL ET AL. v. UNITED STATES ARMY CORPS OF ENGINEERS ET AL. C. A. 6th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral ar-

gument.